IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Tonya Burch,

  Plaintiff,

vs.

Diversified Consultants, Inc.,
a Florida corporation,

  Defendant.

Case No.: 3:18-cv-379-J-

**COMPLAINT**

**JURY TRIAL DEMAND**

NOW COMES THE PLAINTIFF, TONYA BURCH, BY AND THROUGH COUNSEL, Dawn Myers, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Jacksonville, Duval County, Florida.

3. Venue is proper in the Middle District of Florida, Jacksonville Division.

1

## PARTIES

4. Plaintiff is a natural person residing in Jacksonville, Duval County, Florida.

5. The Defendant to this lawsuit is Diversified Consultants, Inc. is a Florida corporation that conducts business in the state of Florida.

## GENERAL ALLEGATIONS

6. Defendant is attempting to collect a consumer type debt with account number 8495741202653949 allegedly owed to Comcast by Plaintiff in the amount of $158.97 ("the alleged Debt").

7. On or about December 15, 2017, Ms. Burch received a letter from Defendant attempting to collect the alleged Debt. In the letter, Defendant stated Ms. Burch has 30 days to dispute the validity of the alleged Debt.

8. On or about December 26, 2017, Ms. Burch submitted a letter to Defendant via certified mail disputing the alleged Debt, requesting validation of the alleged Debt and requesting that Defendant cease and desist communication with her. She specifically requested that Defendant stop calling her.

9. Ms. Burch received confirmation that the letter was successfully delivered to Defendant on January 2, 2018.

10. After receiving Ms. Burch's request for validation and cease & desist notice, Defendant called Ms. Burch on January 2, 3, 4, and 5 of 2018, in violation of the FDCPA.

11. Ms. Burch suffered pecuniary and emotional damages as a result of Defendant's actions.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

12. Plaintiff reincorporates the preceding allegations by reference.

13. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

14. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

15. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

16. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692c(c) by continuing to contact Plaintiff after Plaintiff notified Defendant in writing to cease communication with her; and

   b. 15 U.S.C. §1692d by engaging in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

17. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant her the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

## JURY DEMAND

Plaintiffs hereby demand a trial by Jury.

DATED: March 16, 2018

*[signature]*
Electronically signed by attorney after review

Dawn Myers, Esq.
Fla. Bar No. 711381
Myers Law, P.A.
3419 Brook Crossing Drive
Brandon, FL 33511
Telephone No. 813-493-3296
Fax: 813-434-2302
Email: dawn@myerslawpa.com
Attorney for Plaintiff,
Tonya Burch